# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM and MICHAEL CAMERO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARKETSOURCE, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND MARKETSOURCE, INC., a , Maryland corporation; ALLEGIS GROUP; INC., a Maryland corporation; and DOES,1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00241-JAM-EFB<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REQUEST EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER**<br><br>CTRM: 8<br>JUDGE: Hon. Edmund F. Brennan |

1    Having considered the parties' stipulation to request an extension of time for
2 Defendants MarketSource, Inc. and Allegis Group, Inc. to comply with the Court's
3 August 14, 2018 discovery order (ECF No. 50), and upon good cause shown, the
4 Court GRANTS the parties' stipulation. Defendants shall have until September 28,
5 2018 to comply with the discovery order requiring Defendants to provide a 10
6 percent sampling of wage statements for the putative class. Defendants shall
7 comply with the August 14, 2018 discovery order (ECF No. 50) as written with
8 respect to Plaintiffs' Interrogatory Number 1, and the 30 percent sampling of time
9 and payroll records.

IT IS SO ORDERED.

DATED: August 17, 2018.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE