```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
 9  JENNIFER BRUM and MICHAEL CAMERO,  ) Case No. 2:17-CV-00241 JAM-EFB
    individually, and on behalf of    )
10  other members of the general      )
    public similarly situated,        )
11                                    )
                  Plaintiffs,         )
12                                    )
         v.                           ) RELATED CASE ORDER
13                                    )
    MARKETSOURCE, INC. WHICH WILL     )
14  DO BUSINESS IN CALIFORNIA AS      )
    MARYLAND MARKETSOURCE, INC., a    )
15  Maryland corporation; ALLEGIS     )
    GROUP, INC., a Maryland           )
16  corporation; and DOE 1 through 10,)
    inclusive,                        )
17                                    )
                                      )
18                Defendants.         )
    JOHNNY ESPARZA, on behalf of      )
19  himself, all others similarly     )
    situated,                         )
20                                    )
                                      ) Case No. 2:18-CV-02688 TLN-KJM
21                Plaintiffs,         )
                                      )
22       v.                           )
                                      )
23  MARYLAND MARKETSOURCE, INC.,      )
    Maryland corporation; ALLEGIS     )
24  GROUP, INC., a Maryland           )
    corporation; ALLEGIS GROUP        )
25  HOLDINGS, INC. a Maryland         )
    corporation; and DOES 1 through   )
26  50, inclusive,                    )
                                      )
27                Defendants.         )
```

Examination of the above-entitled actions reveals that these

actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:18-CV-02688 TLN-KJM be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:18-CV-02688 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 28, 2018.        /s/ John A. Mendez_____
                                 JOHN A. MENDEZ
                                 United States District Judge