## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM and MICHAEL CAMERO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKETSOURCE, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP; INC., a Maryland corporation; and DOES, 1 through 10, inclusive,<br><br>Defendants. | No.  2:17–CV–00241–KJM–JDP<br><br>[CLASS ACTION]<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed:  January 3, 2017<br>Action removed:  February 3, 2017<br>First amended complaint filed:  March 3, 2017<br>Second amended complaint filed:  July 7, 2017 |

Having considered the parties' stipulation, and upon good cause shown, the Court hereby ORDERS as follows:

- Defendants' Oppositions to Plaintiffs' Motion for Class Certification shall be filed no later than July 26, 2022.
- Plaintiffs' Reply in support of Motion for Class Certification shall be filed no later than August 23, 2022.

These deadlines may be subject to modification upon a showing of good cause by either party following the filing of Plaintiffs' Motion for Class Certification or Defendants' Opposition to Plaintiffs' Motion, or as may be directed by a later Order of this Court on Defendants MarketSource, Inc. and Allegis Group, Inc.'s pending Motion to Dismiss this action or strike Plaintiffs Jennifer Brum and Michael Camero's class allegations (ECF No. 64).

IT IS SO ORDERED.

DATED: June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE