# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM and MICHAEL CAMERO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKETSOURCE, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP; INC., a Maryland corporation; and DOES, 1 through 10, inclusive,<br><br>Defendants. | No. 2:17–CV–00241–KJM–JDP<br><br>[CLASS ACTION]<br><br>**ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed: January 3, 2017<br>Action removed: February 3, 2017<br>First amended complaint filed: March 3, 2017<br>Second amended complaint filed: July 7, 2017 |

Having considered the parties' stipulation, and upon good cause shown, the Court hereby amends the prior briefing schedule on Plaintiffs Jennifer Brum and Michael Camero's Motion for Class Certification (ECF No. 73) and ORDERS as follows:

- Defendants MarketSource, Inc. and Allegis Group, Inc.'s Oppositions to Plaintiffs' Motion for Class Certification shall be filed no later than August 9, 2022; and

- Plaintiffs' Reply in support of their Motion for Class Certification shall be filed no later than September 20, 2022.

IT IS SO ORDERED.

DATED: July 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE