1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM and MICHAEL CAMERO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKETSOURCE, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND MARKETSOURCE, INC., a Maryland corporation; ALLEGIS GROUP; INC., a Maryland corporation; and DOES, 1 through 10, inclusive,<br><br>Defendants. | No. 2:17–CV–00241–DAD–JDP<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND REPLY DEADLINE ON DEFENDANTS' MOTION FOR TERMINATING, ISSUE, EVIDENTIARY AND MONETARY SANCTIONS IN THE AMOUNT OF $18,427.92 AGAINST PLAINTIFFS AND THEIR COUNSEL**<br><br>DATE:   December 15, 2022<br>TIME:   10:00 a.m.<br>CTRM.:   9<br>JUDGE:   Hon. Jeremy D. Peterson<br><br>Complaint filed: January 3, 2017<br>Action removed: February 3, 2017<br>First amended complaint filed: March 3, 2017<br>Second amended complaint filed: July 7, 2017 |

[Proposed] Order Granting Stipulation to Amend Reply Deadline on Defendants' Motion for Terminating, Issue, Evidentiary, and Monetary Sanctions

FIRM:57362894v1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Having considered the parties' stipulation, and upon good cause shown, is hereby
3  ORDERED that:

4  The November 30, 2022 deadline for Defendants MarketSource, Inc. and Allegis Group,
5  Inc. to file their reply in support of their motion for terminating, issue, evidentiary and monetary
6  sanctions in the amount of $18,427.92 against Plaintiffs Jennifer Brum and Michael Camero and
7  their counsel (ECF Nos. 88, 111) is hereby CONTINUED to December 2, 2022.

9  IT IS SO ORDERED.

11  Dated:   November 14, 2022                      _____
                                                     JEREMY D. PETERSON
12                                                   UNITED STATES MAGISTRATE JUDGE