UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARKETSOURCE, INC., *et al.*, <br><br> Defendants. | Case No.  2:17-cv-00241-DAD-JDP <br><br> ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SANCTIONS <br><br> ECF No. 88 |

This case was before the court on December 15, 2022, for hearing on defendants' motion for terminating sanctions or, alternatively, for issue, evidentiary, and monetary sanctions. ECF No. 88.  Attorney Michael Kun appeared on behalf of defendants, and attorneys Melissa Grant and Brandon Brouillette appeared on behalf of plaintiffs.

For the reasons stated on the record, it is hereby ORDERED that defendants' motion for sanctions, ECF No. 88, is denied without prejudice.

IT IS SO ORDERED.

Dated:   December 16, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE