UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BRUM, *et al.*, | Case No. 2:17-cv-0241-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER AFTER HEARING |
| MARKETSOURCE, INC., *et al.*, | |
| Defendants. | |

This case was before the court on April 10, 2025, for hearing on plaintiffs' motion to modify the scheduling order and to compel defendants to provide further responses to Interrogatories No. 26. ECF No. 135. Attorney Daniel Jonathan appeared on behalf of plaintiffs; attorney Kevin Sullivan appeared on behalf of defendants.

For the reasons state on the record, it is hereby ORDERED that:

1. Plaintiffs' motion, ECF No. 135, is GRANTED.

2. By no later than April 24, 2025, defendants shall provide complete responses to plaintiffs' Interrogatory No. 26.

3. The May 7, 2024 scheduling order is modified to extend the deadline for completion of fact discovery to April 24, 2025, for the limited purpose of allowing defendants to comply with this order.

1

IT IS SO ORDERED.

Dated:    April 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2