# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JENNIFER BRUM , ET AL. ,**　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　　　　　　　　　　　　　　CASE NO: **2:17–CV–00241–DAD–JDP**

　　　　　　　v.

**MARKETSOURCE, INC. , ET AL. ,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/9/2025 .**

ENTERED:　**October 9, 2025**　　　　　　 /s/  **Keith Holland**
　　　　　　　　　　　　　　　　　　　　　Clerk of Court